JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROCHELLE KELLER, | CASE NO.: 2:24-cv-05123-RGK-BFM |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE [27] |
| vs. | |
| PRINCESS CRUISE LINES, LTD., | (FED. R. CIV. P. 41(a)(1)(A)(ii)) |
| Defendant. | |
| | Judge: Hon. R. Gary Klausner<br>Magistrate: Hon. Brianna Mircheff<br>Filed: 06/18/2024 |

The Court is in receipt of the Parties' Stipulation for Voluntary Dismissal with Prejudice. Good cause appearing,

**IT IS HEREBY ORDERED**:

Stipulation for Voluntary Dismissal with Prejudice is hereby granted. The case is hereby dismissed with prejudice

DATED: __9/13/2024__

*/s/ Gary Klausner*

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE